UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil action number **CV 14 0001 JST**

The fee for filing any civil action other than a petition for a writ of habeas corpus is $400.00 ($350 filing fee plus $50 administrative fee), to be paid at the time of filing. If you are unable to pay the full fee at this time, you may petition the court to proceed in forma pauperis by signing and completing this court's Prisoner's In Forma Pauperis Application in its entirety. Even if you are granted leave to proceed in forma pauperis, you must still pay the $350 filing fee (not the $50 administrative fee), but the filing fee will be taken out of your prisoner account in installments.

Your civil action is deficient because you did not pay the $400 fee and:

1. \_\_\_\_ you did not file an In Forma Pauperis Application.

2. **X** the In Forma Pauperis Application you submitted is insufficient because:

    **X** You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    \_\_\_\_ Your In Forma Pauperis Application was not completed in its entirety.

    \_\_\_\_ You did not sign your In Forma Pauperis Application.

    **X** You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    **X** You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within TWENTY-EIGHT DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the $400 fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

                                    Sincerely,
                                    RICHARD W. WIEKING, Clerk,
                                            Simone Voltz
                                    By_____
                                            Deputy Clerk

rev. 05/13