UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. BROWN,<br>　　　　Plaintiff,<br>　　v.<br>R.T.C. GROUNDS, et al.,<br>　　　　Defendants. | Case No. 14-cv-00001-JST (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 15 |

　　　　Plaintiff, an inmate at Salinas Valley State Prison (SVSP), filed this pro se civil rights action under 42 U.S.C. § 1983. On April 2, 2014, the Court screened plaintiff's complaint, and dismissed it with leave to amend. On April 25, 2014, plaintiff filed his first amended complaint (FAC), which the Court again dismissed with leave to amend. On July 29, 2014, plaintiff filed a second amended complaint (SAC), which the Court dismissed for failure to state a claim.

　　　　Now before the Court is plaintiff's motion for reconsideration. Because the motion was filed after judgment was entered, the motion is construed as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). See Civil L.R. 7-9(a) (allowing motions for reconsideration only with respect to pre-judgment interlocutory orders). Rule 60(b) provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); School Dist. 1J v. ACandS Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Motions for reconsideration should not be frequently made or freely granted; they are not a substitute for appeal or a means of attacking some perceived error of the court. Id.

1  Plaintiff's motion fails to make the showing required under Rule 60(b) or otherwise to
2 show good cause for reconsideration.  In short, plaintiff disagrees with the Court's ruling, and
3 merely repeats arguments which the Court has already considered and rejected.  Accordingly, the
4 motion for relief from judgment is DENIED.
5  No further filings will be accepted in this closed case.
6  This Order terminates Docket No. 15.
7  **IT IS SO ORDERED.**
8 Dated:  December 18, 2014



JON S. TIGAR
United States District Judge